**Scotland Eugene WILLIAMS,**
**Plaintiff–Appellant,**

v.

**Jack KAVANAUGH; Lewis Stewart, Warden; Donna Hansen, Captain; Darryl Pugh, Corporal, Defendants–Appellees.**

No. 02–6131.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2002.
Decided May 23, 2002.

Scotland E. Williams, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Gloria Wilson Shelton, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Scotland E. Williams appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Williams v. Kavanaugh,* No. CA–01–474–AMD (D.Md. Dec. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*